UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

__Milan Knox Pro Se__

_____,

Plaintiff(s),

vs.

__Detected Curtis__
__Lansing Police Department,__

Defendant(s).

14CV983
JUDGE COLEMAN
MAG. JUDGE MASON

RECEIVED
FEB 1 2 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is __Milan Knox Pro Se__.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4. Defendant, **Detective Curtis**, is
   (name, badge number if known)

   ☐ an officer or official employed by **The Village of Lansing**;
   (department or agency of government)
   **Police Dept** or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Village of Lansing Ill**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **Jan 8, and 9th 2014**, at approximately **9:00AM & 9:20** ☒ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of **Sauk Village Ill**, in the County of **Cook**, State of Illinois, at **22227 Brookwood Dr 60411**,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other:
   **Harassment threatening to Kill Knox Private Property Police Misconduct abuse of Police Power Hate Crime Death Threat? text threats to Plaintiff.**

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

   _None_____

   _____

   _____

   _____.

9. (**Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"**) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   _____.

   ☒ Other: _No Charges_____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On Jan 8th and 9th 2014 Detected Curtis came pulling up in a Black 4 door Chrysler came up to the house on Private Property without a Search Warrant or a Warrant requesting Milan Knox to come out, one look like a Chief fireman with a Police Jacking on with a Gun the fireman toll detected get that n---- out of the house, Beating at the door with a Flashlight. I'm looking at the TV camera herein every thing they said I'm going to kill that n---- Just like the Ku Klux Klan (KKK), and i have witness, witness them at the door Rodney Brown. Detected Curtis threaten Knox on a text that I still have? how have it printed out. Jan 8th and 9th 9:00 Am 9:30 Am the Lansing Detected Harassment, threatening to Kill Knox Private Property and Police Misconduct, abuse of Police Power Hate Crime. Lansing Det went over to my niece house in Park Forest IL on Jan 13, 2014 at 9:00 Pm Knock at the door then walk straight in without a Search Warrant looking for Milan Knox telling Latrisha Knox he's not going to make it to his next court date? that is a Death Threat.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Plaintiff is fear for his life against Lansing Police Department and detected Curtis, racist with Personal grudges, Now Knox living in fear door to door, this is not Mississippi in the 1960's.

13. Plaintiff asks that the case be tried by a jury.  ☒ Yes   ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE**, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Milan Knox Pro Se

Plaintiff's name *(print clearly or type)*: Milan Knox Pro Se

Plaintiff's mailing address: P.O. Box 1571

City Chicago Heights   State Ill   ZIP 60412-1571

Plaintiff's telephone number: (708) 913-8133

Plaintiff's email address *(if you prefer to be contacted by email)*: N/A

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

   *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2/12/14

_Milan Knox Pro Se_
Signature of Applicant

_Milan Knox Pro Se_
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account — prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

_____
Date

_____
Signature of Authorized Officer

_____
(Print Name)