# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Knox , <br><br> Plaintiff(s), <br><br> v. <br><br> Curtis, <br><br> Defendant(s). | Case No. 14 C 983 <br> Judge Sharon Johnson Coleman |

## ORDER

Plaintiff, Milan Knox, application to proceed in forma pauperis [3] is granted. Plaintiff's Motion for attorney representation [4] is denied without prejudice. The U.S. Marshal is directed to serve summons. Plaintiff shall complete a USM-285 form for each defendant being served, if he has not done so. Status hearing set to 10/20/2014 at 9:30 a.m.


Date: 8/19/2014                                          /s/ Sharon Johnson Coleman
                                                         Sharon Johnson Coleman
                                                         United States District Court Judge